**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**



**ORDER**

Appellate case name:       Ezra Carter v. The State of Texas

Appellate case number:    01-18-00838-CR

Trial court case number:  1576111

Trial court:                       230th District Court of Harris County

Appellant's court-appointed counsel filed a brief concluding that the above-referenced appeal is frivolous. *See Anders v. California*, 386 U.S. 738, 744, 87 S. Ct. 1396, 1400 (1967). Appellant, acting pro se, has filed a form motion requesting access to a copy of the appellate record for use in preparing a response to appointed counsel's brief. *See Kelly v. State*, 436 S.W.3d 313, 315, 318–20 (Tex. Crim. App. 2014). Appellant further requests a 30-day extension of time to file his pro se response to counsel's *Anders* brief

Appellant's request for a copy of the record is **dismissed as moot** because appellant's appointed counsel averred in both her motion to withdraw and her *Anders* brief that she mailed a copy of the appellate record to appellant.

Appellant's request for an extension of time to file his pro se response is **granted**. Appellant's response shall be due within **30 days of the date of this order**.

It is so ORDERED.

Judge's signature: ___/s/ Justice Gordon Goodman_____
                              Acting individually

Date: ___May 9, 2019__